IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTIONS, MALIK MILLER, BRANDEN C. GUNN, ZACK WILLIAMS, and BARRETO,<br><br>Defendants. | 8:23CV49<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Plaintiff's Motion seeking additional time to pay the partial initial filing fee (the "Motion"), Filing No. 11, due by March 24, 2023, as set forth in this Court's prior order, Filing No. 10 (setting the initial partial filing fee as $6.22). While Plaintiff seeks additional time to pay the initial partial filing fee in his Motion, the Court received a $6.22 initial partial filing fee payment from Plaintiff on March 16, 2023. As the initial partial filing fee has already been received, Plaintiff's Motion is denied as moot.

SO ORDERED.

Dated this 4th day of April, 2023.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge