IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH,<br><br>          Plaintiff,<br><br>vs.<br><br>MALIK MILLER,<br><br>          Defendant. | 8:23CV49<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that the Motion to Withdraw as Counsel, Filing No. 41, filed by Deputy Douglas County Attorney Meghan M. Bothe is granted. Deputy Douglas County Attorney Meghan M. Bothe is removed as counsel of record for Defendant Malik Miller.

Dated this 2nd day of April, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge