IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

QUINTAN J. KIMBROUGH,

Plaintiff,

vs.

MALIK MILLER,

Defendant.

**8:23CV49**

**MEMORANDUM AND ORDER**

IT IS ORDERED that the Motion to Withdraw, Filing No. 50, filed by Douglas County Attorney Amy E. Garreans is granted. Ms. Garreans is removed as counsel of record for Defendant Malik Miller.

Dated this 25th day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge